**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM HARTMAN, | ) | 3:17-cv-00488-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| HUFFY CORPORATION, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 17, 2018, Defendant Wal-Mart Stores, Inc., filed a motion to submit settlement amount under seal (ECF No. 32). Plaintiff filed his non-opposition (ECF No. 34), and Defendant Huffy Corporation filed no objection. Accordingly, Defendant Wal-Mart's motion to submit settlement amount under seal (ECF No. 32) is **GRANTED**.

IT IS SO ORDERED.

DATED: This 2nd day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

1