ROBERT K. PHILLIPS
Nevada Bar No. 11441
BETSY JEFFERIS
Nevada Bar No. 12980
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
rphillips@psalaw.net
bjefferis@psalaw.net

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM HARTMAN, as next friend of MICHAEL HARTMAN,<br><br>Plaintiff,<br>v.<br><br>HUFFY CORPORATION, an Ohio Corporation; WAL-MART STORES, INC., a Delaware Corporation; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00488-HDM-VPC<br><br>**ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

Defendant WALMART STORES, INC.'s ("Defendant" or "WALMART") Motion for Determination of Good Faith Settlement having been scheduled for hearing before this Court on February 27, 2018 at 9:00 a.m., there being no Opposition timely filed by any party and the Court having examined the records and documents on file in the above entitled matter, being fully advised in the premises, good cause appearing, and pursuant to NRS 17.245, THEREFORE:

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant WALMART STORES, INC.'s Motion for Determination of Good Faith Settlement is GRANTED in its entirety.

*Howard D. McKibben*
_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 6, 2018

DATED this 6th day of March, 2018

Respectfully Submitted By:

*/s/ Betsy Jefferis*
Betsy Jefferis, Esq.
PHILLIPS SPALLAS & ANGSTADT
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

Approved as to form and content:

*/s/ Allen M. Young*
Jorge A. Ramirez, Esq.
Allen M. Young, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Defendant*
*Huffy Corporation*

*/s/ Mark Wenzel*
Mark Wenzel, Esq.
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
*Attorneys for Plaintiff William Hartman, as*
*next friend of Michael Hartman*