Mark Wenzel, Esq.
Nevada State Bar No. 5820
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM HARTMAN, as next friend of MICHAEL HARTMAN,<br><br>Plaintiff,<br><br>v.<br><br>HUFFY CORPORATION, an Ohio Corporation; WAL-MART STORES, INC., a Delaware Corporation; ABC CORPORATIONS I-X; BLACK AND WHITE COMPANIES I-X; and JOHN DOES I-X, inclusive,<br><br>Defendant. | Case No. 3:17-cv-00488<br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between the parties hereto, WILLIAM HARTMAN, AS NEXT FRIEND OF MICHAEL HARTMAN, by and through his attorney Mark Wenzel, Esq. of Bradley, Drendel & Jeanney, and HUFFY CORPORATION by and through attorney Jorge A. Ramirez, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that the above-entitled matter, being fully compromised and settled, be dismissed with prejudice, and that each party shall bear their own attorney's fees and costs.

//
//
//
///

Our File No. 203346

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 11th day of May 2018.

BRADLEY, DRENDEL & JEANNEY

_____
Mark Wenzel, Esq.

Dated this 11th day of May 2018.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

NV Bar #12118
FOR
_____
Jorge A. Ramirez, Esq.

## ORDER

Upon stipulation of the parties hereto and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter having been fully compromised and settled; that this matter be dismissed with prejudice and that each party shall bear their own attorney's fees and costs.

Dated this 14th day of May 2018.

_____
DISTRICT JUDGE

Our File No. 203346

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999